2 So.2d 316

**CITY OF CULLMAN v. Votis LAMINACK et al.**

6 Div. 852.

Supreme Court of Alabama.

May 15, 1941.

St. John & St. John, of Cullman, for petitioner.

Kenneth Griffith, of Cullman, and Norman W. Harris, of Decatur, opposed.

FOSTER, Justice.

Petition of the City of Cullman for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of City of Cullman v. Votis Laminack et al., 2 So.2d 314.

Writ denied.

GARDNER, C. J., and BOULDIN and LIVINGSTON, JJ., concur.